**MEMO ENDORSED**

**GS2LAW**
Garson, Segal, Steinmetz, Fladgate LLP

Robert Garson ◊
Michael Steinmetz * ∝
Chris Fladgate °
Thomas Segal ˆ

Stephen Greenwald
John Lane ∝
Timothy Kendal ◊
Ilan Ben Avraham ∇

Kevin Kehrli ‹
Morgan Romagna
Maddie Brown

Tel: +1 (212) 380-3623
Fax: +1 (347) 537-4540

Additional Bar Memberships
◊ England and Wales
ˆ Paris
* New Jersey
‹ Pennsylvania
∝ Patent Bar
° Victoria (Australia)
∇ Israel
  Colorado

Email: kk@gs2law.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2021

April 9, 2021

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**VIA ECF**

      **Re: LG Capital Funding, LLC v. Microelectronics Technology, Inc. (21-cv-1624(VEC))**

Dear Judge Caproni:

    This firm represents LG Capital Funding, LLC ("LG" or "Plaintiff") in the above-referenced matter. I write pursuant to Your Honor's March 2, 2021 Order.

    First and foremost, I apologize for the one-day delay in writing the Court, but given that Defendant, Microelectronics Technology, Inc.'s ("Defendant") Answer was due yesterday, I thought it prudent to wait to see if Defendant appeared before submitting this letter.

    As the docket shows, Defendant's Registered Agent was served on March 18, 2021, and Defendant's Answer was due on or before April 8, 2021. Further, Plaintiff has not been contacted by any representatives of Defendant. Accordingly, Plaintiff intends to seek a certificate of default from the Clerk of the Court and move for default judgment pursuant to Your Honor's Individual Rule 4(I).

    Accordingly, Plaintiff respectfully requests that the Court adjourn the Initial Conference scheduled for April 16, 2021 *sine die* pending Plaintiff's contemplated motion for default judgment.

                                                                     Respectfully Submitted,

                                                                     /s/
                                                              Kevin Kehrli, Esq.

The April 16, 2021 IPTC is ADJOURNED *sine die*. Not later than **April 23, 2021**, Plaintiff must apply for a default judgment in accordance with this Court's Individual Practices, Attachment A.

SO ORDERED.

4/12/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE